Craig P. WEGER, Respondent,

v.

DIRECTOR OF REVENUE, STATE OF MISSOURI, Appellant.

No. 73397.

Missouri Court of Appeals,
Eastern District,
Division Five.

Aug. 18, 1998.

Motion for Rehearing and/or Transfer to Supreme Court Denied Nov. 6, 1998.

Jeremiah W. (Jay) Nixon, Atty. Gen., Nadia Termanini, Asst. Atty. Gen., Jefferson City, for appellant.

Timothy F. Devereux, Clayton, for respondent.

Before ROBERT G. DOWD, Jr., C.J., and PUDLOWSKI and KAROHL, JJ.

*ORDER*

PER CURIAM.

Director of Revenue (Director) appeals judgment setting aside a driver's license suspension under section 302.505 RSMo Cum. Supp.1996. Director's sole point is the trial court erred in excluding from evidence Exhibit D which contained evidence necessary to uphold the suspension. The court overruled Weger's objection to Exhibit D and received it into evidence. Accordingly, the factual premise for the point on appeal is false. It will not support a finding of trial court error. The judgment is affirmed. Rule 84.16(b).